B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Erosol, LLC
_____ .
*Debtor*

Case No.  16-57465

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  May

Line of Business:  Live Events venue

Date filed:  6/20/2016

NAISC Code:  711310

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF
PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE,
CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Louis M Carreras
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14.    HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☒

15.    DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☒

16.    HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☒

17.    HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☒

18.    HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☒    ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?    ☒    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.    *Installment Agreement for 2015 tax returns*
*(Exhibit A)*    *(244.65) a month*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 96,109.47

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $

Cash on Hand at End of Month    $

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** $

*(Exhibit B)*    See Attached

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 73,204.39

*(Exhibit C)*    See Attached

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    See Attached    $ 96,109.47

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 73,204.39

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $ 22,905.08

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*See Attached*

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?



## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                                                  $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                                          $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                                            $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                                          $



B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 100,000.00 | $ 96,109.47 | $ - 3,891.53 |
| EXPENSES | $ 75,000.00 | $ 73,204.39 | $ - 1,795.61 |
| CASH PROFIT | $ 25,000 | $ 22,905.08 | $ - 2,094.90 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $ 100,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                  $ 75,000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:              $ 25,000

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

# Wells Fargo Combined Statement of Accounts



Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 1 of 13

EROSOL, LLC
DEBTOR IN POSSESSION
CH 11 CASE # 16-57405
467 EDGEWOOD AVE SE
ATLANTA GA 30312-1836

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# Summary of accounts

## Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | 2 | 5423956019 | 0.00 | 50.00 |
| Wells Fargo Business Choice Checking | 3 | 5423956001 | 0.00 | 22,905.08 |
| Business Market Rate Savings | 11 | 6423882247 | 0.00 | 71.55 |
| **Total deposit accounts** | | | **$0.00** | **$23,026.63** |

Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 2 of 13

**WELLS FARGO**

---

# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 5/6 | $0.00 |
| Deposits/Credits | 50.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$50.00** |
| Average ledger balance this period | $50.00 |

Account number:  **5423956019**

**EROSOL, LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 16-57405**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | Deposit | 50.00 | | 50.00 |
| **Ending balance on 5/31** | | | | | 50.00 |
| **Totals** | | | **$50.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/06/2016 - 05/31/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $50.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |

Primary account number:    **5423956019**    ■    May 6, 2016 - May 31, 2016    ■    Page 3 of 13



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| How to avoid the monthly service fee | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 5/6 | $0.00 |
| Deposits/Credits | 96,109.47 |
| Withdrawals/Debits | - 73,204.39 |
| **Ending balance on 5/31** | **$22,905.08** |
| Average ledger balance this period | $11,823.58 |

Account number:    **5423956001**

EROSOL, LLC
DEBTOR IN POSSESSION
CH 11 CASE # 16-57405

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | Deposit | 33,304.93 | | 33,304.93 |
| 5/9 | | Purchase authorized on 05/06 Shulas Burger 1229 Miami FL S386127822961190 Card 7657 | | 105.48 | |
| 5/9 | | Purchase authorized on 05/06 G-Miami Food Airpo Miami FL S006127863584405 Card 7657 | | 42.83 | |
| 5/9 | | Purchase authorized on 05/06 American Air001777 Fort Worth TX S166128189542416 Card 7657 | | 185.10 | |
| 5/9 | | Purchase authorized on 05/07 Aa Inflight VISA F Phoenix AZ S386128572118590 Card 7657 | | 16.00 | |
| 5/9 | | Purchase authorized on 05/07 Uber Technologies 866-576-1039 CA S586128602261757 Card 7657 | | 41.95 | |
| 5/9 | | Purchase authorized on 05/07 Sq *Octane Coffee Atlanta GA S466128613932829 Card 7657 | | 20.74 | |
| 5/9 | | Purchase authorized on 05/07 S & W Sports Cars 678-802-5000 GA S006128727803715 Card 7657 | | 51.36 | |

Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 4 of 13



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/9 | | Purchase authorized on 05/07 S & W Sports Cars 678-802-5000 GA S006128731739821 Card 7657 | | 1,748.82 | |
| 5/9 | | Purchase authorized on 05/07 Kroger 1160 Moreland A Atlanta GA P0058612878524080 Card 7657 | | 9.71 | |
| 5/9 | | Purchase authorized on 05/07 Whiskey Park - Liv Atlanta GA S586129028641923 Card 7657 | | 56.62 | |
| 5/9 | | Purchase authorized on 05/08 Uber Technologies 866-576-1039 CA S386129136376040 Card 7657 | | 40.14 | |
| 5/9 | | Purchase authorized on 05/08 Uber Technologies 866-576-1039 CA S466129244439671 Card 7657 | | 6.00 | |
| 5/9 | | Purchase authorized on 05/08 Uber Technologies 866-576-1039 CA S386129264783259 Card 7657 | | 37.68 | |
| 5/9 | | Purchase authorized on 05/08 Shell Service Station Atlanta GA P00586129677535510 Card 7657 | | 52.18 | |
| 5/9 | | Purchase authorized on 05/08 Zara USA 3797 Atlanta GA P00586129804376505 Card 7657 | | 127.10 | |
| 5/9 | | Purchase authorized on 05/08 Victoria's Secret Stor Atlanta GA P00000000344459991 Card 7657 | | 377.84 | |
| 5/9 | | Purchase authorized on 05/08 Macy's 3393 Peachtr Atlanta GA P00000000454654612 Card 7657 | | 184.54 | |
| 5/9 | | Purchase authorized on 05/08 Macy's 3393 Peachtr Atlanta GA P00000000144651614 Card 7657 | | 21.49 | |
| 5/9 | | ATM Withdrawal authorized on 05/09 1270 Caroline St NE Atlanta GA 0007616 ATM ID 0315F Card 9806 | | 20.00 | 30,159.35 |
| 5/10 | | Worldpay Dlyentries 050916 041612700100008 Erosol | 2,129.54 | | |
| 5/10 | | Worldpay Dlyentries 050916 041612900100002 Erosol | 3,363.52 | | |
| 5/10 | | Worldpay Dlyentries 050916 041612900100003 Erosol | 3,467.63 | | |
| 5/10 | | Purchase authorized on 05/07 Atlanta Tech Villa Atlanta GA S306128707368750 Card 7657 | | 2.00 | |
| 5/10 | | Purchase authorized on 05/08 True Food Atlanta Atlanta GA  S586129778231518 Card 7657 | | 108.02 | |
| 5/10 | | Purchase authorized on 05/09 Worldwideaccessori 314-2460695 MO S306129787442496 Card 7657 | | 624.00 | |
| 5/10 | | Purchase authorized on 05/09 Ameripark Lenox VA 404-8907355 GA S306129838876567 Card 7657 | | 40.00 | |
| 5/10 | | Purchase authorized on 05/10 City of Ink LLC Atlanta GA S386130829339383 Card 9806 | | 40.00 | |
| 5/10 | | Purchase authorized on 05/09 Edgewood Pizza Atlanta GA S166131016154023 Card 9806 | | 100.68 | |
| 5/10 | | Purchase authorized on 05/10 Ross Stores #777 Atlanta GA P00000000559839299 Card 9806 | | 271.87 | |
| 5/10 | | Purchase authorized on 05/10 Macy's 3393 Peachtr Atlanta GA P00000000547286442 Card 9806 | | 52.92 | |
| 5/10 | | Purchase authorized on 05/10 Macy's 3393 Peachtr Atlanta GA P00000000656233423 Card 9806 | | 332.64 | |
| 5/10 | | Cash eWithdrawal in Branch/Store 05/10/2016 4:59 Pm 1459 Moreland Ave SE Atlanta GA 9806 | | 2,500.00 | |
| 5/10 | 1001 | Cashed Check | | 1,000.00 | |
| 5/10 | | Purchase authorized on 05/10 The Athletes Foot Atlanta GA P00466132026618382 Card 9806 | | 226.77 | 33,821.14 |
| 5/11 | | Worldpay Bnkcrd Dep 051016 Lk287071 000734 Erosol | 526.32 | | |
| 5/11 | | Purchase authorized on 05/09 American Air001777 Fort Worth TX S166130722771522 Card 9806 | | 130.20 | |
| 5/11 | | Purchase authorized on 05/09 American Air001781 Fort Worth TX S086130726328096 Card 9806 | | 185.10 | |
| 5/11 | | Purchase authorized on 05/10 Ding Ezetop Topup Ezetop.Com FL S586131448359246 Card 9806 | | 85.00 | |
| 5/11 | | Purchase authorized on 05/10 Ding Ezetop Topup Ezetop.Com FL S466131449485098 Card 9806 | | 45.00 | |
| 5/11 | | Purchase authorized on 05/10 Ding Ezetop Topup Ezetop.Com FL S466131451156278 Card 9806 | | 45.00 | |

Primary account number:   **5423956019**   ■   May 6, 2016 - May 31, 2016   ■   Page 5 of 13



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/11 | | Purchase authorized on 05/10 Ding Ezetop Topup Ezetop.Com FL S586131452707265 Card 9806 | | 25.00 | |
| 5/11 | | Purchase authorized on 05/10 Paypal *Dimecuba D 402-935-7733 CA S306131455075816 Card 9806 | | 51.55 | |
| 5/11 | | Purchase authorized on 05/10 Gas South Pymt/Con 877-472-4932 GA S586131458742223 Card 9806 | | 170.09 | |
| 5/11 | | Purchase authorized on 05/10 Eventwristbands.CO 404-897-2389 GA S306131516062496 Card 9806 | | 285.98 | |
| 5/11 | | Purchase authorized on 05/10 Yumuri Immigration 305-6039699 FL S386131798053616 Card 9806 | | 534.57 | |
| 5/11 | | Purchase authorized on 05/10 American Apparel Retai Atlanta GA P00586132045152313 Card 9806 | | 600.48 | |
| 5/11 | | Purchase authorized on 05/11 Walgreens 3715 NW 7th Miami FL P00586132483881549 Card 9806 | | 93.65 | |
| 5/11 | | Purchase authorized on 05/11 Walgreens 3715 NW 7th Miami FL P00466132486685913 Card 9806 | | 20.29 | |
| 5/11 | 1036 | Cashed Check | | 525.00 | |
| 5/11 | 1033 | Cashed Check | | 395.00 | |
| 5/11 | 1041 | Deposited OR Cashed Check | | 850.00 | |
| 5/11 | 1034 | Cashed Check | | 500.00 | |
| 5/11 | 1037 | Cashed Check | | 225.00 | |
| 5/11 | 1038 | Cashed Check | | 972.73 | |
| 5/11 | 1028 | Cashed Check | | 647.80 | |
| 5/11 | | Worldpay Espchrgbk 051016 Lk2870711601W1I Erosol | | 24.00 | |
| 5/11 | | Worldpay Espchrgbk 051016 Lk2870711601Vud Erosol | | 65.66 | |
| 5/11 | | Worldpay Espchrgbk 051016 Lk2870711601Vue Erosol | | 70.71 | |
| 5/11 | | Worldpay Espchrgbk 051016 Lk2870711601Vuc Erosol | | 75.77 | |
| 5/11 | | Gpc Gpc Ebill 8809894066Atl Erosol, LLC | | 1,790.76 | |
| 5/11 | 1043 | Check | | 300.00 | |
| 5/11 | 1029 | Check | | 1,000.00 | |
| 5/11 | 1027 | Check | | 250.00 | |
| 5/11 | 1026 | Check | | 350.00 | |
| 5/11 | 1030 | Check | | 342.47 | |
| 5/11 | 1039 | Check | | 160.00 | |
| 5/11 | 1040 | Check | | 900.00 | 22,630.65 |
| 5/12 | | Worldpay Bnkcrd Dep 051116 Lk287071 000735 Erosol | 1,586.30 | | |
| 5/12 | | Purchase authorized on 05/10 Dekalb CO Water/SE Decatur GA S586131469056828 Card 9806 | | 1,228.00 | |
| 5/12 | | Purchase authorized on 05/10 Little 5 Points CO Atlanta GA S386131617468905 Card 9806 | | 78.18 | |
| 5/12 | | Purchase authorized on 05/10 Sally Beauty #2406 Atlanta GA S286131701711957 Card 9806 | | 53.54 | |
| 5/12 | | Purchase authorized on 05/10 Sally Beauty #2406 Atlanta GA S006131703660933 Card 9806 | | 29.96 | |
| 5/12 | | Purchase authorized on 05/10 Rosa Mexicano - at Atlanta GA S386132079323773 Card 9806 | | 87.90 | |
| 5/12 | | Purchase authorized on 05/11 Uber Technologies 866-576-1039 CA S306132349231648 Card 9806 | | 16.00 | |
| 5/12 | | Purchase authorized on 05/11 Sq *Diamond Taxi L Miami Shores FL S386132491433125 Card 9806 | | 32.15 | |
| 5/12 | | Purchase authorized on 05/11 Ku-VA Restaurant Miami FL S306132579224634 Card 9806 | | 55.11 | |
| 5/12 | 1025 | Check | | 300.00 | |
| 5/12 | | Gpc Gpc Ebill 6645601016Mee Erosol, LLC | | 362.28 | |
| 5/12 | | Geico Geico Pymt 160512 Uapkp5Woxp1Odde Louis Carreras | | 947.44 | |
| 5/12 | 1046 | Check | | 4,858.57 | |
| 5/12 | 1045 | Check | | 300.00 | 15,867.82 |
| 5/13 | | Purchase authorized on 05/11 American Air001027 Fort Worth TX S286132357132115 Card 9806 | | 25.00 | |
| 5/13 | | Purchase authorized on 05/11 American Air001237 Fort Worth TX S006132360989548 Card 9806 | | 185.10 | |

Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 6 of 13



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/13 | | Purchase authorized on 05/11 American Air001062 Fort Worth TX S086132361047368 Card 9806 | | 35.00 | |
| 5/13 | | Purchase authorized on 05/11 American Air001027 Fort Worth TX S006132361217416 Card 9806 | | 25.00 | |
| 5/13 | | Purchase authorized on 05/11 G-Miami Food Airpo Miami FL S086132459085896 Card 9806 | | 4.78 | |
| 5/13 | | Purchase authorized on 05/11 G-Miami Food Airpo Miami FL S086132460093079 Card 9806 | | 6.40 | |
| 5/13 | | Purchase authorized on 05/11 G-Miami Food Airpo Miami FL S086132495637437 Card 9806 | | 7.47 | |
| 5/13 | | Recurring Payment authorized on 05/12 Paypal *Netflix.CO 402-935-7733 CA S586133648783333 Card 9806 | | 7.99 | |
| 5/13 | 1050 | Deposited OR Cashed Check | | 300.00 | |
| 5/13 | 1048 | Check | | 293.70 | |
| 5/13 | 1042 | Check | | 1,200.00 | |
| 5/13 | 1047 | Check | | 3,413.84 | |
| 5/13 | 1060 | Check | | 386.38 | 9,977.16 |
| 5/16 | | Worldpay Bnkcrd Dep 051316 Lk287071 000736 Erosol | 243.74 | | |
| 5/16 | | Worldpay Bnkcrd Dep 051316 Lk287071 000737 Erosol | 1,150.47 | | |
| 5/16 | | Worldpay Bnkcrd Dep 051516 Lk287071 000738 Erosol | 3,817.08 | | |
| 5/16 | 1063 | Cashed Check | | 300.00 | |
| 5/16 | 1057 | Deposited OR Cashed Check | | 150.00 | |
| 5/16 | 1066 | Deposited OR Cashed Check | | 160.00 | |
| 5/16 | 1064 | Deposited OR Cashed Check | | 225.00 | |
| 5/16 | 1065 | Cashed Check | | 150.00 | |
| 5/16 | 1068 | Cashed Check | | 250.00 | |
| 5/16 | 1067 | Cashed Check | | 250.00 | |
| 5/16 | 1051 | Check | | 230.00 | |
| 5/16 | 1076 | Check | | 625.00 | |
| 5/16 | 1049 | Check | | 150.00 | |
| 5/16 | 1055 | Check | | 1,874.99 | |
| 5/16 | 1054 | Check | | 797.49 | |
| 5/16 | 1056 | Check | | 309.76 | |
| 5/16 | 1052 | Check | | 487.80 | |
| 5/16 | 1002 | Check | | 150.00 | |
| 5/16 | 1062 | Check | | 332.00 | |
| 5/16 | 1071 | Check | | 375.00 | 8,371.41 |
| 5/17 | | Worldpay Bnkcrd Dep 051616 Lk287071 000739 Erosol | 3,088.37 | | |
| 5/17 | | Harland Clarke Check/Acc. 051616 00666527575482 Erosol, LLC | | 149.80 | |
| 5/17 | 1070 | Cashed Check | | 225.00 | |
| 5/17 | 1004 | Deposited OR Cashed Check | | 1,700.00 | |
| 5/17 | 1079 | Deposited OR Cashed Check | | 450.00 | |
| 5/17 | 1075 | Check | | 814.00 | |
| 5/17 | 1074 | Check | | 200.00 | |
| 5/17 | 1031 | Check | | 268.66 | |
| 5/17 | 1053 | Check | | 45.00 | 7,607.32 |
| 5/18 | | Purchase authorized on 05/16 American Air001237 Fort Worth TX S006137759792178 Card 9806 | | 138.10 | |
| 5/18 | | Purchase authorized on 05/16 American Air001063 Fort Worth TX S086137759838071 Card 9806 | | 35.00 | |
| 5/18 | | Purchase authorized on 05/16 American Air001027 Fort Worth TX S166137760352680 Card 9806 | | 25.00 | |
| 5/18 | | Purchase authorized on 05/16 American Air001063 Fort Worth TX S086137762544738 Card 9806 | | 25.41 | |
| 5/18 | | Purchase authorized on 05/16 G-Miami Food Airpo Miami FL S286138048351151 Card 9806 | | 191.54 | |
| 5/18 | | Purchase authorized on 05/16 Aa Inflight VISA F Phoenix AZ S586138131302662 Card 9806 | | 24.00 | |
| 5/18 | | Purchase authorized on 05/17 Uber Technologies 866-576-1039 CA S586138590818699 Card 9806 | | 12.86 | |
| 5/18 | | Purchase authorized on 05/17 Alphagraphics Atlanta GA S306138769544401 Card 9806 | | 15.00 | |

Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 7 of 13



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 5/18 | | Purchase authorized on 05/17 Edgewood Pizza Atlanta GA S006139095063738 Card 9806 | | 25.51 | |
| 5/18 | | Purchase authorized on 05/17 Edgewood Pizza Atlanta GA S166139095485143 Card 9806 | | 232.30 | |
| 5/18 | 1058 | Cashed Check | | 684.00 | |
| 5/18 | 1086 | Cashed Check | | 225.00 | |
| 5/18 | 1087 | Cashed Check | | 444.30 | |
| 5/18 | 1085 | Cashed Check | | 300.00 | |
| 5/18 | 1084 | Cashed Check | | 360.27 | |
| 5/18 | | Non-WF ATM Withdrawal authorized on 05/18 2193 Peachtree Am Pm Bp P Atlanta GA 00386140015058472 ATM ID Lk205881 Card 9806 | | 63.00 | |
| 5/18 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 5/18 | 1077 | Check | | 100.00 | |
| 5/18 | 1083 | Check | | 355.00 | |
| 5/18 | 1080 | Check | | 410.00 | |
| 5/18 | 1072 | Check | | 500.00 | |
| 5/18 | 1035 | Check | | 250.00 | |
| 5/18 | 1073 | Check | | 750.00 | |
| 5/18 | 1078 | Check | | 362.62 | 2,075.91 |
| 5/19 | | Card Provisional Credit 10508164436 | 624.00 | | |
| 5/19 | | Purchase authorized on 05/17 Anatolia Cafe & Ho Atlanta GA S006138658033637 Card 9806 | | 73.72 | |
| 5/19 | | Purchase authorized on 05/17 Anatolia Cafe & Ho Atlanta GA S086138693238882 Card 9806 | | 20.20 | |
| 5/19 | | Purchase authorized on 05/17 Anatolia Cafe & Ho Atlanta GA S286138729239984 Card 9806 | | 19.12 | |
| 5/19 | | Purchase authorized on 05/18 Uber Technologies 866-576-1039 CA S306139208617584 Card 9806 | | 5.75 | |
| 5/19 | | Purchase authorized on 05/18 Edgewood Pizza Atlanta GA S286139695155294 Card 9806 | | 6.79 | |
| 5/19 | | Purchase authorized on 05/18 Edgewood Pizza Atlanta GA S006139695816293 Card 9806 | | 4.97 | |
| 5/19 | | Purchase authorized on 05/18 Edgewood Pizza Atlanta GA S286139696081863 Card 9806 | | 28.31 | |
| 5/19 | | Purchase authorized on 05/18 Ammazza Atlanta GA S586140051416869 Card 9806 | | 20.01 | |
| 5/19 | | Purchase authorized on 05/19 Shell Service Station Atlanta GA P00386140528835815 Card 9806 | | 53.55 | |
| 5/19 | 1032 | Check | | 26.33 | 2,441.16 |
| 5/20 | | Purchase authorized on 05/19 A-1 Blueprint Comp Atlanta GA S586140551072835 Card 9806 | | 51.84 | |
| 5/20 | 1069 | Cashed Check | | 510.00 | |
| 5/20 | | Purchase authorized on 05/20 Jetro Holdings LLC Atlanta GA P00386141710755856 Card 9806 | | 514.82 | |
| 5/20 | 1089 | Deposited OR Cashed Check | | 225.00 | |
| 5/20 | 1061 | Check | | 300.00 | |
| 5/20 | 1006 | Check | | 1,200.00 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fpm Erosol | | 20.57 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fpn Erosol | | 20.57 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fpo Erosol | | 30.86 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fpp Erosol | | 30.86 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fpl Erosol | | 41.16 | |
| 5/20 | | Worldpay Espchrgbk 051916 Lk2870711601Fq3 Erosol | | 80.00 | |
| 5/20 | 1090 | Check | | 345.12 | |
| 5/20 | 1093 | Check | | 400.00 | |
| 5/20 | 1095 | Check | | 559.71 | -1,889.35 |
| 5/23 | | Overdraft Fee for a Transaction Posted on 05/20 $1,200.00 Check # 01006 | | 35.00 | |
| 5/23 | | Overdraft Fee for a Transaction Posted on 05/20 $400.00 Check # 01093 | | 35.00 | |

Primary account number:  **5423956019**  ■  May 6, 2016 - May 31, 2016  ■  Page 8 of 13



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/23 | | Overdraft Fee for a Transaction Posted on 05/20 $559.71 Check # 01095 | | 35.00 | |
| 5/23 | | Purchase Return authorized on 05/19 American Air001777 Fort Worth TX S616143549241524 Card 9806 | 286.20 | | |
| 5/23 | | eDeposit IN Branch/Store 05/21/16 12:51:32 Pm 1459 Moreland Ave SE Atlanta GA 6001 | 1,920.00 | | |
| 5/23 | | eDeposit IN Branch/Store 05/21/16 12:52:41 Pm 1459 Moreland Ave SE Atlanta GA 6001 | 1,680.00 | | |
| 5/23 | | eDeposit IN Branch/Store 05/21/16 12:54:25 Pm 1459 Moreland Ave SE Atlanta GA 6001 | 1,313.00 | | |
| 5/23 | | eDeposit IN Branch/Store 05/21/16 12:55:38 Pm 1459 Moreland Ave SE Atlanta GA 6001 | 888.00 | | |
| 5/23 | | Worldpay Bnkcrd Dep 052316 Lk287071 000740 Erosol | 4,132.10 | | |
| 5/23 | | Purchase authorized on 05/19 American Air001777 Fort Worth TX S166141003310377 Card 9806 | | 286.20 | |
| 5/23 | | Purchase authorized on 05/20 Uber Technologies 866-576-1039 CA S306141589374506 Card 9806 | | 10.94 | |
| 5/23 | | Purchase authorized on 05/20 American Air001777 Fort Worth TX S086141671323155 Card 9806 | | 226.20 | |
| 5/23 | | Purchase authorized on 05/20 American Air001777 Fort Worth TX S086141715243812 Card 9806 | | 226.20 | |
| 5/23 | | Purchase authorized on 05/22 Uber May21 US Ws Help.Uber.Com CA S386143027119400 Card 9806 | | 8.10 | |
| 5/23 | | Purchase authorized on 05/22 Uber May22 US D3 Help.Uber.Com CA S466143354242375 Card 9806 | | 15.69 | |
| 5/23 | | Purchase authorized on 05/22 Ding Ezetop Topup Ezetop.Com FL S386143557731668 Card 9806 | | 55.00 | |
| 5/23 | 1103 | Deposited OR Cashed Check | | 160.00 | |
| 5/23 | 1107 | Cashed Check | | 225.00 | |
| 5/23 | 1116 | Cashed Check | | 275.20 | |
| 5/23 | 1117 | Cashed Check | | 600.00 | |
| 5/23 | 1094 | Check | | 400.00 | |
| 5/23 | 1111 | Check | | 200.00 | |
| 5/23 | 1109 | Check | | 170.00 | |
| 5/23 | 1105 | Check | | 200.00 | |
| 5/23 | 1101 | Check | | 160.00 | |
| 5/23 | 1098 | Check | | 600.00 | |
| 5/23 | 1102 | Check | | 450.00 | |
| 5/23 | 1110 | Check | | 200.00 | |
| 5/23 | 1106 | Check | | 100.00 | |
| 5/23 | 1104 | Check | | 226.00 | |
| 5/23 | 1096 | Check | | 1,957.33 | |
| 5/23 | 1088 | Check | | 223.30 | |
| 5/23 | 1091 | Check | | 538.38 | 711.41 |
| 5/24 | | Worldpay Bnkcrd Dep 052316 Lk287071 000741 Erosol | 6,661.84 | | |
| 5/24 | 1120 | Cashed Check | | 246.00 | |
| 5/24 | 1115 | Check | | 500.00 | |
| 5/24 | 1092 | Check | | 84.06 | |
| 5/24 | 1100 | Check | | 200.00 | |
| 5/24 | 1113 | Check | | 160.00 | |
| 5/24 | 1108 | Check | | 145.00 | 6,038.19 |
| 5/25 | | Worldpay Bnkcrd Dep 052416 Lk287071 000742 Erosol | 989.00 | | |
| 5/25 | 1123 | Check | | 125.00 | 6,902.19 |
| 5/26 | 1126 | Cashed Check | | 225.00 | |
| 5/26 | | Purchase authorized on 05/26 Jetro Holdings LLC Atlanta GA P00586147669804547 Card 9806 | | 585.93 | |
| 5/26 | 1121 | Deposited OR Cashed Check | | 225.00 | |
| 5/26 | 1081 | Deposited OR Cashed Check | | 450.00 | |
| 5/26 | 1122 | Cashed Check | | 358.86 | |
| 5/26 | 1125 | Check | | 175.00 | |
| 5/26 | 1112 | Check | | 75.00 | 4,807.40 |
| 5/27 | | Worldpay Bnkcrd Dep 052616 Lk287071 000743 Erosol | 1,242.09 | | |

Primary account number: **5423956019** ■ May 6, 2016 - May 31, 2016 ■ Page 9 of 13


**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/27 | 1119 | Deposited OR Cashed Check | | 550.00 | |
| 5/27 | 1127 | Cashed Check | | 175.00 | |
| 5/27 | 1129 | Deposited OR Cashed Check | | 150.00 | |
| 5/27 | 1134 | Check | | 275.00 | |
| 5/27 | 1124 | Check | | 452.94 | |
| 5/27 | 1137 | Check | | 781.37 | |
| 5/27 | 1128 | Check | | 379.44 | 3,285.74 |
| 5/31 | | eDeposit IN Branch/Store 05/28/16 01:01:08 Pm 3065 Lawrenceville Hwy Lawrenceville GA 6001 | 14,158.00 | | |
| 5/31 | | Worldpay Bnkcrd Dep 053016 Lk287071 000744 Erosol | | 822.86 | |
| 5/31 | | Worldpay Bnkcrd Dep 053016 Lk287071 000745 Erosol | | 2,282.42 | |
| 5/31 | | Worldpay Bnkcrd Dep 053016 Lk287071 000746 Erosol | | 3,075.81 | |
| 5/31 | | Worldpay Bnkcrd Dep 053016 Lk287071 000747 Erosol | | 3,356.25 | |
| 5/31 | 1139 | Cashed Check | | 600.00 | |
| 5/31 | | Recurring Payment authorized on 05/29 Pp*Roblox Corp Rob 888-858-2569 CA S386150434044207 Card 9806 | | 5.95 | |
| 5/31 | 1153 | Deposited OR Cashed Check | | 475.00 | |
| 5/31 | 1140 | Deposited OR Cashed Check | | 160.00 | |
| 5/31 | 1138 | Cashed Check | | 250.00 | |
| 5/31 | 1149 | Cashed Check | | 161.00 | |
| 5/31 | 1142 | Cashed Check | | 250.00 | |
| 5/31 | 1146 | Check | | 150.00 | |
| 5/31 | 1145 | Check | | 450.00 | |
| 5/31 | 1143 | Check | | 250.00 | |
| 5/31 | 1150 | Check | | 140.00 | |
| 5/31 | 1131 | Check | | 223.30 | |
| 5/31 | 1133 | Check | | 438.45 | |
| 5/31 | 1130 | Check | | 385.20 | |
| 5/31 | | Cash Deposited Fee | | 137.10 | 22,905.08 |
| **Ending balance on 5/31** | | | | | **22,905.08** |
| **Totals** | | | **$96,109.47** | **$73,204.39** | |

*Total Inc* *Expenses* *Cash on hand Ending*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1001 | 5/10 | 1,000.00 | 1038 | 5/11 | 972.73 | 1056 | 5/16 | 309.76 |
| 1002 | 5/16 | 150.00 | 1039 | 5/11 | 160.00 | 1057 | 5/16 | 150.00 |
| 1004 * | 5/17 | 1,700.00 | 1040 | 5/11 | 900.00 | 1058 | 5/18 | 684.00 |
| 1006 * | 5/20 | 1,200.00 | 1041 | 5/11 | 850.00 | 1060 * | 5/13 | 386.38 |
| 1025 * | 5/12 | 300.00 | 1042 | 5/13 | 1,200.00 | 1061 | 5/20 | 300.00 |
| 1026 | 5/11 | 350.00 | 1043 | 5/11 | 300.00 | 1062 | 5/16 | 332.00 |
| 1027 | 5/11 | 250.00 | 1045 * | 5/12 | 300.00 | 1063 | 5/16 | 300.00 |
| 1028 | 5/11 | 647.80 | 1046 | 5/12 | 4,858.57 | 1064 | 5/16 | 225.00 |
| 1029 | 5/11 | 1,000.00 | 1047 | 5/13 | 3,413.84 | 1065 | 5/16 | 150.00 |
| 1030 | 5/11 | 342.47 | 1048 | 5/13 | 293.70 | 1066 | 5/16 | 160.00 |
| 1031 | 5/17 | 268.66 | 1049 | 5/16 | 150.00 | 1067 | 5/16 | 250.00 |
| 1032 | 5/19 | 26.33 | 1050 | 5/13 | 300.00 | 1068 | 5/16 | 250.00 |
| 1033 | 5/11 | 395.00 | 1051 | 5/16 | 230.00 | 1069 | 5/20 | 510.00 |
| 1034 | 5/11 | 500.00 | 1052 | 5/16 | 487.80 | 1070 | 5/17 | 225.00 |
| 1035 | 5/18 | 250.00 | 1053 | 5/17 | 45.00 | 1071 | 5/16 | 375.00 |
| 1036 | 5/11 | 525.00 | 1054 | 5/16 | 797.49 | 1072 | 5/18 | 500.00 |
| 1037 | 5/11 | 225.00 | 1055 | 5/16 | 1,874.99 | 1073 | 5/18 | 750.00 |

Primary account number:  **5423956019**   ■ May 6, 2016 - May 31, 2016 ■ Page 10 of 13



*WELLS FARGO*

## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1074 | 5/17 | 200.00 | 1098 * | 5/23 | 600.00 | 1123 | 5/25 | 125.00 |
| 1075 | 5/17 | 814.00 | 1100 * | 5/24 | 200.00 | 1124 | 5/27 | 452.94 |
| 1076 | 5/16 | 625.00 | 1101 | 5/23 | 160.00 | 1125 | 5/26 | 175.00 |
| 1077 | 5/18 | 100.00 | 1102 | 5/23 | 450.00 | 1126 | 5/26 | 225.00 |
| 1078 | 5/18 | 362.62 | 1103 | 5/23 | 160.00 | 1127 | 5/27 | 175.00 |
| 1079 | 5/17 | 450.00 | 1104 | 5/23 | 226.00 | 1128 | 5/27 | 379.44 |
| 1080 | 5/18 | 410.00 | 1105 | 5/23 | 200.00 | 1129 | 5/27 | 150.00 |
| 1081 | 5/26 | 450.00 | 1106 | 5/23 | 100.00 | 1130 | 5/31 | 385.20 |
| 1083 * | 5/18 | 355.00 | 1107 | 5/23 | 225.00 | 1131 | 5/31 | 223.30 |
| 1084 | 5/18 | 360.27 | 1108 | 5/24 | 145.00 | 1133 * | 5/31 | 438.45 |
| 1085 | 5/18 | 300.00 | 1109 | 5/23 | 170.00 | 1134 | 5/27 | 275.00 |
| 1086 | 5/18 | 225.00 | 1110 | 5/23 | 200.00 | 1137 * | 5/27 | 781.37 |
| 1087 | 5/18 | 444.30 | 1111 | 5/23 | 200.00 | 1138 | 5/31 | 250.00 |
| 1088 | 5/23 | 223.30 | 1112 | 5/26 | 75.00 | 1139 | 5/31 | 600.00 |
| 1089 | 5/20 | 225.00 | 1113 | 5/24 | 160.00 | 1140 | 5/31 | 160.00 |
| 1090 | 5/20 | 345.12 | 1115 * | 5/24 | 500.00 | 1142 * | 5/31 | 250.00 |
| 1091 | 5/23 | 538.38 | 1116 | 5/23 | 275.20 | 1143 | 5/31 | 250.00 |
| 1092 | 5/24 | 84.06 | 1117 | 5/23 | 600.00 | 1145 * | 5/31 | 450.00 |
| 1093 | 5/20 | 400.00 | 1119 * | 5/27 | 550.00 | 1146 | 5/31 | 150.00 |
| 1094 | 5/23 | 400.00 | 1120 | 5/24 | 246.00 | 1149 * | 5/31 | 161.00 |
| 1095 | 5/20 | 559.71 | 1121 | 5/26 | 225.00 | 1150 | 5/31 | 140.00 |
| 1096 | 5/23 | 1,957.33 | 1122 | 5/26 | 358.86 | 1153 * | 5/31 | 475.00 |

  * Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/06/2016 - 05/31/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $11,824.00 | ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 87 | ☑ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit , Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | | |
| - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan℠, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | | |

wx/wx



**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

## Erosol LLC                                          Balance Sheet

### Assets

| Current assets: | 2016 YTD |
|---|---|
| Cash | 36,006.40 |
| Investments | - |
| Inventories | 16,829.00 |
| Accounts receivable | - |
| Pre-paid expenses | |
| Other | |
| **Total current assets** | 44,965.00 |

| Fixed assets: | 2016 YTD |
|---|---|
| Property and equipment | 5,500.00 |
| Leasehold improvements | - |
| Equity and other investments | - |
| Less accumulated depreciation | - |
| **Total fixed assets** | - |

| Other assets: | 2016 YTD |
|---|---|
| Goodwill | - |
| **Total other assets** | - |

### Total assets

| | |
|---|---|
| | 50,465.00 |

### Liabilities and owner's equity

| Current liabilities: | 2016 YTD |
|---|---|
| Accounts payable | 37,197.99 |
| Mortgage, notes less than 1 year | |
| Loans from Partners | |
| Non-Recourse Loans | |
| Retained Earnings | |
| Other | - |
| **Total current liabilities** | 41,907.00 |

| Long-term liabilities: | 2016 YTD |
|---|---|
| Mortgage payable | - |
| **Total long-term liabilities** | - |

| Owner's equity: | 2016 YTD |
|---|---|
| Partners capital accounts | 7,691.00 |
| Accumulated retained earnings | |
| **Total owner's equity** | 7,691.00 |

### Total liabilities and owner's equity

| | |
|---|---|
| **Balance** | **49,568.00** |