**IT IS ORDERED as set forth below:**



**Date: June 27, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: : | |
| : | **CHAPTER 11** |
| EROSOL, LLC : | |
| : | **CASE NO. 16-57405-MGD** |
| DEBTOR. : | |
| : | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the Acting United States Trustee for entry of an Order approving appointment of S. Gregory Hays as Chapter 11 Trustee in the above-captioned case, filed June 24, 2016 (Dkt. No. 25), it is hereby ORDERED that the appointment is approved.

**[END OF ORDER]**

**SERVICE LIST**
Mailing Matrix