# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 16-57405-BEM  
**Case Name:** EROSOL, LLC  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 07/29/2016 (c)  
**§ 341(a) Meeting Date:** 08/30/2016  
**Claims Bar Date:** 10/17/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account at Cash wells fargo checking account, xxxxxx<br>Administered and Closed during Chapter 11 case. | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Securty deposit with landlord<br>Subject to offset for unpaid rent. No recovery. | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies<br>$5,000 in liquor, $2,500 in sound, equipment, $1000 tables chairs, $1000 each 3 coolers, $750 1 keg box. Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Office furniture compter<br>Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2015 Maserati GranTurismo (Leased) (u)<br>No equity. Turned over to leasing company per Order on Motion for relief from stay. | 80,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo DIP Acct # xxx6001 (u) | 22,509.03 | 22,509.03 | | 22,509.03 | FA |
| 7 | Wells Fargo DIP Acct # xxxx2247 (u) | 65.55 | 65.55 | | 65.55 | FA |
| 8 | Wells Fargo DIP Acct # xxxx6019 (u) | 11,056.92 | 11,056.92 | | 11,056.92 | FA |
| 9 | Cash at Time of Store Closing (u) | 2,210.00 | 2,210.00 | | 2,210.00 | FA |
| 10 | Vendor Account Refunds (u) | 0.00 | 0.00 | | 899.63 | FA |
| 11 | American Express Replacement Checks (u) | 0.00 | 0.00 | | 2,719.71 | FA |
| 12 | Section 5 Claims (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bank Fee Refund - Account ending in 9324 (u) | 3.65 | 3.65 | | 3.65 | FA |
| 13 | **Assets    Totals**    (Excluding unknown values) | **$127,545.15** | **$35,845.15** | | **$39,464.49** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 16-57405-BEM | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** EROSOL, LLC | **Date Filed (f) or Converted (c):** 07/29/2016 (c) |
| | **§ 341(a) Meeting Date:** 08/30/2016 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 10/17/2017 |

**Major Activities Affecting Case Closing:**

    6/4/19  Special Charges requested

    The case was filed as a Chapter 11 case on 4/28/16.  It was converted to one under Chapter 7 on July 29, 2016. Trustee was investigating the transfer of property of the estate for the benefit of other parties. It was determined no recovery was likely. The Trustee expects to submit his Final Report shortly.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018     **Current Projected Date Of Final Report (TFR):** 09/30/2019

07/29/2019                                                                            /s/S. Gregory Hays
_____                                                            _____
Date                                                                                    S. Gregory Hays

Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 16-57405-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | EROSOL, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9455 | Account #: | ******9400 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/16 | {7} | Erosol (Wells Fargo Acct #2247) | Closed DIP Account | 1290-010 | 65.55 | | 65.55 |
| 08/15/16 | {8} | Erosol (Wells Fargo Acct #6019) | Close Acct # 6019 | 1290-010 | 11,056.92 | | 11,122.47 |
| 08/15/16 | {6} | Erosol (Wells Fargo Acct #6001) | Close Acct # 6001. | 1290-010 | 22,509.03 | | 33,631.50 |
| 08/16/16 | {9} | Erosol, LLC (Cash via Cashiers Check) | Cash located at store at time of store closing - Converted to Cashiers check by Trustee. | 1229-000 | 2,210.00 | | 35,841.50 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.59 | 35,815.91 |
| 09/27/16 | {10} | Paychex | Readychex Refund | 1229-000 | 35.32 | | 35,851.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.37 | 35,799.86 |
| 10/24/16 | {11} | American Express Travel Related Services | Replacement Pre-Petition Checks. | 1229-000 | 2,719.71 | | 38,519.57 |
| 10/27/16 | {10} | ADT Security Services | Credit - Acct # 10662499 | 1229-000 | 864.31 | | 39,383.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.15 | 39,333.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.10 | 39,273.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.33 | 39,217.30 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.15 | 39,157.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.56 | 39,104.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.11 | 39,046.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.41 | 38,994.07 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.69 | 38,932.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.99 | 38,876.39 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.05 | 38,822.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.42 | 38,760.92 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.89 | 38,707.03 |

Page Subtotals:   $39,460.84   $753.81

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 16-57405-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | EROSOL, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9455 | Account #: | ******9400 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.38 | 38,647.65 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.58 | 38,592.07 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.65 | 38,538.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.97 | 38,477.45 |
| 02/14/18 | {13} | Wells Fargo Bank | Fee Refund - Account ending in 9324 | 1229-000 | 3.65 | | 38,481.10 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.65 | 38,429.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.27 | 38,374.18 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.35 | 38,320.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.63 | 38,260.20 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.19 | 38,207.01 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.61 | 38,148.40 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.69 | 38,091.71 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.22 | 38,062.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.41 | 38,028.08 |
| | | | **COLUMN TOTALS** | | 39,464.49 | 1,436.41 | **$38,028.08** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,464.49 | 1,436.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,464.49** | **$1,436.41** | |

{ } Asset Reference(s)        ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 16-57405-BEM |
| **Case Name:** | EROSOL, LLC |
| **Taxpayer ID #:** | **-***9455 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9400 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $39,464.49 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $39,464.49 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******9400 Checking | $39,464.49 | $1,436.41 | $38,028.08 |
| | $39,464.49 | $1,436.41 | $38,028.08 |