**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: EROSOL, LLC | § | Case No. 16-57405-BEM |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 04/28/2016. The case was converted to one under Chapter 7 on 07/29/2016. The undersigned trustee was appointed on 08/02/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $       39,464.49

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,436.41 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 38,028.08 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/17/2017 and the deadline for filing governmental claims was 10/17/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,696.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,300.91, for a total compensation of $4,300.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $175.86 for total expenses of $175.86[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2020                                By: /s/ S. Gregory Hays
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 16-57405-BEM |
|---|---|
| Case Name: | EROSOL, LLC |
| For Period Ending: | 03/09/2020 |

| Trustee Name: | (300320) S. Gregory Hays |
|---|---|
| Date Filed (f) or Converted (c): | 07/29/2016 (c) |
| § 341(a) Meeting Date: | 08/30/2016 |
| Claims Bar Date: | 10/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Account at Cash wells fargo checking account, xxxxxx<br>Administered and Closed during Chapter 11 case. | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Securty deposit with landlord<br>Subject to offset for unpaid rent. No recovery. | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies<br>$5,000 in liquor, $2,500 in sound, equipment, $1000 tables chairs, $1000 each 3 coolers, $750 1 keg box. Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Office furniture compter<br>Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2015 Maserati GranTurismo (Leased) (u)<br>No equity. Turned over to leasing company per Order on Motion for relief from stay. | 80,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo DIP Acct # xxx6001 (u) | 22,509.03 | 22,509.03 | | 22,509.03 | FA |
| 7 | Wells Fargo DIP Acct # xxxx2247 (u) | 65.55 | 65.55 | | 65.55 | FA |
| 8 | Wells Fargo DIP Acct # xxxx6019 (u) | 11,056.92 | 11,056.92 | | 11,056.92 | FA |
| 9 | Cash at Time of Store Closing (u) | 2,210.00 | 2,210.00 | | 2,210.00 | FA |
| 10 | Vendor Account Refunds (u) | 0.00 | 0.00 | | 899.63 | FA |
| 11 | American Express Replacement Checks (u) | 0.00 | 0.00 | | 2,719.71 | FA |
| 12 | Chapter 5 Claims (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bank Fee Refund - Account ending in 9324 (u) | 3.65 | 3.65 | | 3.65 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$127,545.15** | **$35,845.15** | | **$39,464.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 03/09/2020 (Actual) |
|---|---|---|---|

| 03/09/2020 | /s/S. Gregory Hays |
|---|---|
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

| | | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | | Page: 1 |

| Case No.: | 16-57405-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | EROSOL, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9455 | Account #: | ******9400 Checking |
| For Period Ending: | 03/09/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/16 | {7} | Erosol (Wells Fargo Acct #2247) | Closed DIP Account | 1290-010 | 65.55 | | 65.55 |
| 08/15/16 | {8} | Erosol (Wells Fargo Acct #6019) | Close Acct # 6019 | 1290-010 | 11,056.92 | | 11,122.47 |
| 08/15/16 | {6} | Erosol (Wells Fargo Acct #6001) | Close Acct # 6001. | 1290-010 | 22,509.03 | | 33,631.50 |
| 08/16/16 | {9} | Erosol, LLC (Cash via Cashiers Check) | Cash located at store at time of store closing - Converted to Cashiers check by Trustee. | 1229-000 | 2,210.00 | | 35,841.50 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.59 | 35,815.91 |
| 09/27/16 | {10} | Paychex | Readychex Refund | 1229-000 | 35.32 | | 35,851.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.37 | 35,799.86 |
| 10/24/16 | {11} | American Express Travel Related Services | Replacement Pre-Petition Checks. | 1229-000 | 2,719.71 | | 38,519.57 |
| 10/27/16 | {10} | ADT Security Services | Credit - Acct # 10662499 | 1229-000 | 864.31 | | 39,383.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.15 | 39,333.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.10 | 39,273.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.33 | 39,217.30 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.15 | 39,157.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.56 | 39,104.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.11 | 39,046.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.41 | 38,994.07 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.69 | 38,932.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.99 | 38,876.39 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.05 | 38,822.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.42 | 38,760.92 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.89 | 38,707.03 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.38 | 38,647.65 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.58 | 38,592.07 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.65 | 38,538.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.97 | 38,477.45 |
| 02/14/18 | {13} | Wells Fargo Bank | Fee Refund - Account ending in 9324 | 1229-000 | 3.65 | | 38,481.10 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.65 | 38,429.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.27 | 38,374.18 |

Page Subtotals:    $39,464.49        $1,090.31

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 16-57405-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | EROSOL, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9455 | Account #: | ******9400 Checking |
| For Period Ending: | 03/09/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 53.35 | 38,320.83 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 60.63 | 38,260.20 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 53.19 | 38,207.01 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 58.61 | 38,148.40 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 56.69 | 38,091.71 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 29.22 | 38,062.49 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 34.41 | 38,028.08 |
| 01/30/20 |  | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 |  | 38,028.08 | 0.00 |

|  | COLUMN TOTALS |  | 39,464.49 | 39,464.49 | $0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CDs |  | 0.00 | 38,028.08 |  |
|  | **Subtotal** |  | **39,464.49** | **1,436.41** |  |
|  | Less: Payments to Debtors |  |  | 0.00 |  |
|  | **NET Receipts / Disbursements** |  | **$39,464.49** | **$1,436.41** |  |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

**Form 2**  **Exhibit B**

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 16-57405-BEM | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | EROSOL, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9455 | Account #: | ******0078 Demand Deposit Account |
| For Period Ending: | 03/09/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 38,028.08 | | 38,028.08 |

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | | 38,028.08 | 0.00 | $38,028.08 |
| Less: Bank Transfers/CDs | | 38,028.08 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-57405-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | EROSOL, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9455 | **Account #:** | ******0078 Demand Deposit Account |
| **For Period Ending:** | 03/09/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $39,464.49 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $39,464.49 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9400 Checking | $39,464.49 | $1,436.41 | $0.00 |
| ******0078 Demand Deposit Account | $0.00 | $0.00 | $38,028.08 |
| | $39,464.49 | $1,436.41 | $38,028.08 |

03/09/2020                                       /s/S. Gregory Hays
Date                                                S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 16-57405-BEM             EROSOL, LLC

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Premier Financial Services LLC<br>47 Sherman Hill Road<br>Woodbury, CT 06798<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>06/06/16 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Originally filed as a $82,579.91 secured claim. Claim withdrawn per Docket # 86. | | | | | |
| 5-2S | Swift Financial LLC<br>c/o Hays Potter & Martin LLP<br>3945 Holcomb Bridge Rd, Ste 300<br>Peachtree Corners, GA 30092<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>08/22/17 | | $3,622.99<br>$3,622.99 | $0.00 | $3,622.99 |
| | Amends/replaces POC # 5-1. UCC -1. Final payment based on proceeds from liquidation of collateral not subject to the carve out agreement. | | | | | |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/17/18 | | $4,696.45<br>$4,696.45 | $0.00 | $4,696.45 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>07/17/18 | | $192.03<br>$192.03 | $0.00 | $192.03 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 16-57405-BEM          EROSOL, LLC

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM3 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>05/10/19 | | $9,883.75<br>$9,883.75 | $0.00 | $9,883.75 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>05/10/19 | | $424.14<br>$424.14 | $0.00 | $424.14 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |
| ADM5 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>05/10/19 | | $20,395.50<br>$20,395.50 | $0.00 | $20,395.50 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |
| ADM6 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>05/10/19 | | $186.54<br>$186.54 | $0.00 | $186.54 |
| | Based on available funds from a carve-out agreement with the secured creditor, the case professionals have agreed to receive a reduced final distribution of approximately 91.58% of the total fees and expenses requested on their final Chapter 7 fee applications. In addition, the Trustee and his professionals are not filing fee applications for fees and expenses incurred during the Chapter 11 case. | | | | | |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 16-57405-BEM         EROSOL, LLC

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM7 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br>See Docket # 113. | Administrative<br>06/06/19 | | $15.00<br>$15.00 | $0.00 | $15.00 |
| ADM8 | United States Trustee<br>U.S. Trustee Payment Center<br>PO Box 6200-19<br>Portland, OR 97228-6200<br><2950-000 United States Trustee Quarterly Fees><br>, 200<br>Chapter 11 Fees - Quarters 2-2016 and 3-2016. Case # 321-16-57405 | Administrative<br>06/28/19 | | $1,625.00<br>$1,625.00 | $0.00 | $1,625.00 |
| 1P | Georgia Department of Revenue<br>Compliance Division, ARCS-Bankruptcy<br>1800 Century Blvd NE Suite 9100<br>Atlanta, GA 30345-3205<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>05/05/16 | | $102,399.20<br>$102,399.20 | $0.00 | $102,399.20 |
| 2 | IRS<br>PO BOX 105416<br>Atlanta, GA 30348<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>05/12/16 | | $35,000.00<br>$35,000.00 | $0.00 | $35,000.00 |
| 1U | Georgia Department of Revenue<br>Compliance Division, ARCS-Bankruptcy<br>1800 Century Blvd NE Suite 9100<br>Atlanta, GA 30345-3205<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/05/16 | | $23,580.78<br>$23,580.78 | $0.00 | $23,580.78 |
| 4 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/27/17 | | $238.95<br>$238.95 | $0.00 | $238.95 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 16-57405-BEM             EROSOL, LLC

Claims Bar Date: 10/17/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5-1 | Swift Capital Corporation<br>c/o Hays Potter & Martin, LLP<br>3945 Holcomb Bridge Rd Ste 300<br>Peachtree Corners, GA 30092<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $84,715.69 unsecured claim. Replaced by POC # 5-2. | | | | | |
| 5-2U | Swift Financial LLC<br>c/o Hays Potter & Martin LLP<br>3945 Holcomb Bridge Rd, Ste 300<br>Peachtree Corners, GA 30092<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $81,092.70<br>$81,092.70 | $0.00 | $81,092.70 |
| | Amends/replaces POC # 5-1. | | | | | |
| 6 | Swift Financial, LLC<br>625 Ride Pike, Bld E, Ste 207<br>Conshohocken, PA 19428<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/08/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Filed as $85,611.15 unsecured claim. Withdrawn per docket # 116. | | | | | |
| | | | | **Case Total:** | **$0.00** | **$283,353.03** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-57405-BEM
Case Name: EROSOL, LLC
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 38,028.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Premier Financial Services LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 5-2S | Swift Financial LLC | 3,622.99 | 3,622.99 | 0.00 | 3,622.99 |

Total to be paid to secured creditors: $ 3,622.99
Remaining balance: $ 34,405.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 4,696.45 | 0.00 | 4,300.91 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 9,883.75 | 0.00 | 9,051.32 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 424.14 | 0.00 | 388.42 |
| Charges, U.S. Bankruptcy Court | 15.00 | 0.00 | 15.00 |
| Fees, United States Trustee | 1,625.00 | 0.00 | 1,625.00 |
| Trustee, Expenses - S. Gregory Hays | 192.03 | 0.00 | 175.86 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 20,395.50 | 0.00 | 18,677.75 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 186.54 | 0.00 | 170.83 |

Total to be paid for chapter 7 administrative expenses: $ 34,405.09
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $137,399.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Georgia Department of Revenue | 102,399.20 | 0.00 | 0.00 |
| 2 | IRS | 35,000.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $104,912.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Georgia Department of Revenue | 23,580.78 | 0.00 | 0.00 |
| 4 | American Express Travel Related Services Co, Inc | 238.95 | 0.00 | 0.00 |
| 5-1 | Swift Capital Corporation | 0.00 | 0.00 | 0.00 |
| 5-2U | Swift Financial LLC | 81,092.70 | 0.00 | 0.00 |
| 6 | Swift Financial, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)