

**IT IS ORDERED as set forth below:**

**Date: May 5, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| EROSOL, LLC, | : | CASE NO. 16-57405-BEM |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE

On March 30, 2020, the Chapter 7 Trustee ("**Trustee**") filed applications for payment of compensation in the amount of $4,300.91 and expenses in the amount of $175.86 to the Chapter 7 Trustee [Doc. No. 117-1], compensation in the amount of $18,677.75 and expenses in the amount of $170.83 to Arnall Golden Gregory LLP, the Chapter 7 Trustee's counsel [Doc. No. 117-2], and compensation in the amount of $9,051.32 and expenses in the amount of $388.42 to

14950786v1

Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 117-3] (collectively, the "**Fee Applications**").[1]

Also on March 30, 2020, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 117] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

On April 2, 2020, Trustee filed a notice [Doc. No. 118] (the "**Notice**") of the Fee Applications, setting the Fee Applications and Trustee's Final Report for hearing on April 28, 2020 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 119].

No party in interest filed a response in opposition to the relief requested in the Fee Applications or Trustee's Final Report.

Counsel for Trustee and for Trustee's professionals appeared at the calendar call for the Hearing. No creditors or parties in interest appeared to oppose the relief requested in the Fee Applications or Trustee's Final Report.

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill,

---

[1] The actual amount of fees and expenses requested were greater than the amounts set out in this Order, but those fees and expenses were voluntarily reduced based on available funds, as set forth in greater detail in Trustee's Final Report [Doc. No. 117].

14950786v1

experience, and reputation of the professional applicants, the hourly rates which they seek to charge are reasonable. Review of the Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require reduction or enhancement of the lodestar. Accordingly, and for good cause shown, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 117-1 | $4,300.91 | $175.86 | $4,476.77 |
| Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 117-2 | $18,677.75 | $170.83 | $18,848.58 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 117-3 | $9,051.32 | $388.42 | $9,439.74 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as specifically outlined in Trustee's Final Report.

**[END OF DOCUMENT]**

14950786v1

Order prepared and presented by:

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
       Michael J. Bargar
       Georgia Bar No. 645709
       michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363 / (404) 873-8500

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Erosol, LLC, c/o Louis M. Carreras, 1410 Eastland Road, Atlanta, GA 30316

Leonard R. Medley, III, Medley & Associates, LLC, Suite 1450, 2727 Paces Ferry Road, Atlanta, GA 30339

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

14950786v1