**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: EROSOL, LLC                          §        Case No. 16-57405-BEM
                                            §
                                            §
                                            §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

         S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

         1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

         2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $91,700.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $3,622.99 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $35,841.50 | |

         3) Total gross receipts of $39,464.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $39,464.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,622.99 | $3,622.99 | $3,622.99 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $38,854.82 | $38,854.82 | $35,841.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $137,399.20 | $137,399.20 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $24,000.00 | $104,912.43 | $104,912.43 | $0.00 |
| **TOTAL DISBURSEMENTS** | $24,000.00 | $284,789.44 | $284,789.44 | $39,464.49 |

4) This case was originally filed under chapter 11 on 04/28/2016, and it was converted to chapter 7 on 07/29/2016.  The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/07/2020          By: /s/ S. Gregory  Hays
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vendor Account Refunds | 1229-000 | $899.63 |
| Wells Fargo DIP Acct # xxxx6019 | 1290-010 | $11,056.92 |
| Wells Fargo DIP Acct # xxx6001 | 1290-010 | $22,509.03 |
| Cash at Time of Store Closing | 1229-000 | $2,210.00 |
| American Express Replacement Checks | 1229-000 | $2,719.71 |
| Wells Fargo DIP Acct # xxxx2247 | 1290-010 | $65.55 |
| Bank Fee Refund - Account ending in 9324 | 1229-000 | $3.65 |
| **TOTAL GROSS RECEIPTS** | | **$39,464.49** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Premier Financial Services LLC | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 5-2S | Swift Financial LLC | 4210-000 | NA | $3,622.99 | $3,622.99 | $3,622.99 |
| | **TOTAL SECURED** | | **$0.00** | **$3,622.99** | **$3,622.99** | **$3,622.99** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $4,696.45 | $4,696.45 | $4,300.91 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $192.03 | $192.03 | $175.86 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $9,883.75 | $9,883.75 | $9,051.32 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $424.14 | $424.14 | $388.42 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $15.00 | $15.00 | $15.00 |
| Fees, United States Trustee | 2950-000 | NA | $1,625.00 | $1,625.00 | $1,625.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,436.41 | $1,436.41 | $1,436.41 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $20,395.50 | $20,395.50 | $18,677.75 |
| Attorney for Trustee Expenses (Other Firm)  - Arnall Golden Gregory LLP | 3220-000 | NA | $186.54 | $186.54 | $170.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$38,854.82** | **$38,854.82** | **$35,841.50** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Georgia Department of Revenue | 5800-000 | $0.00 | $102,399.20 | $102,399.20 | $0.00 |
| 2 | IRS | 5800-000 | $0.00 | $35,000.00 | $35,000.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$137,399.20** | **$137,399.20** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Georgia Department of Revenue | 7100-000 | NA | $23,580.78 | $23,580.78 | $0.00 |
| 4 | American Express Travel Related Services Co, Inc | 7100-000 | NA | $238.95 | $238.95 | $0.00 |
| 5-1 | Swift Capital Corporation | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5-2U | Swift Financial LLC | 7100-000 | $24,000.00 | $81,092.70 | $81,092.70 | $0.00 |
| 6 | Swift Financial, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Ryan Fitch | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$24,000.00** | **$104,912.43** | **$104,912.43** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

Exhibit 8

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**  16-57405-BEM

**Case Name:**  EROSOL, LLC

**For Period Ending:**  07/07/2020

**Trustee Name:**  (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  07/29/2016 (c)

**§ 341(a) Meeting Date:**  08/30/2016

**Claims Bar Date:**  10/17/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Account at Cash wells fargo checking account, xxxxxx<br>Administered and Closed during Chapter 11 case. | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Securty deposit with landlord<br>Subject to offset for unpaid rent.  No recovery. | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | Other inventory or supplies<br>$5,000 in liquor, $2,500 in sound, equipment, $1000 tables chairs, $1000 each 3 coolers, $750 1 keg box. Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Office furniture compter<br>Pledged as collateral. Fully encumbered. Abandoned by Trustee per Notice (Docket # 68). | 500.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2015 Maserati GranTurismo (Leased) (u)<br>No equity. Turned over to leasing company per Order on Motion for relief from stay. | 80,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo DIP Acct # xxx6001 (u) | 22,509.03 | 22,509.03 | | 22,509.03 | FA |
| 7 | Wells Fargo DIP Acct # xxxx2247 (u) | 65.55 | 65.55 | | 65.55 | FA |
| 8 | Wells Fargo DIP Acct # xxxx6019 (u) | 11,056.92 | 11,056.92 | | 11,056.92 | FA |
| 9 | Cash at Time of Store Closing (u) | 2,210.00 | 2,210.00 | | 2,210.00 | FA |
| 10 | Vendor Account Refunds (u) | 0.00 | 0.00 | | 899.63 | FA |
| 11 | American Express Replacement Checks (u) | 0.00 | 0.00 | | 2,719.71 | FA |
| 12 | Chapter 5 Claims (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Bank Fee Refund - Account ending in 9324 (u) | 3.65 | 3.65 | | 3.65 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$127,545.15** | **$35,845.15** | | **$39,464.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2018

**Current Projected Date Of Final Report (TFR):**  03/09/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | |
|---|---|
| **Case No.:** | 16-57405-BEM |
| **Case Name:** | EROSOL, LLC |
| **Taxpayer ID #:** | **-***9455 |
| **For Period Ending:** | 07/07/2020 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******9400 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/16 | {7} | Erosol (Wells Fargo Acct #2247) | Closed DIP Account | 1290-010 | 65.55 | | 65.55 |
| 08/15/16 | {8} | Erosol (Wells Fargo Acct #6019) | Close Acct # 6019 | 1290-010 | 11,056.92 | | 11,122.47 |
| 08/15/16 | {6} | Erosol (Wells Fargo Acct #6001) | Close Acct # 6001. | 1290-010 | 22,509.03 | | 33,631.50 |
| 08/16/16 | {9} | Erosol, LLC (Cash via Cashiers Check) | Cash located at store at time of store closing - Converted to Cashiers check by Trustee. | 1229-000 | 2,210.00 | | 35,841.50 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.59 | 35,815.91 |
| 09/27/16 | {10} | Paychex | Readychex Refund | 1229-000 | 35.32 | | 35,851.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.37 | 35,799.86 |
| 10/24/16 | {11} | American Express Travel Related Services | Replacement Pre-Petition Checks. | 1229-000 | 2,719.71 | | 38,519.57 |
| 10/27/16 | {10} | ADT Security Services | Credit - Acct # 10662499 | 1229-000 | 864.31 | | 39,383.88 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 50.15 | 39,333.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.10 | 39,273.63 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.33 | 39,217.30 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.15 | 39,157.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.56 | 39,104.59 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.11 | 39,046.48 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.41 | 38,994.07 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.69 | 38,932.38 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.99 | 38,876.39 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.05 | 38,822.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.42 | 38,760.92 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.89 | 38,707.03 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.38 | 38,647.65 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.58 | 38,592.07 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.65 | 38,538.42 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.97 | 38,477.45 |
| 02/14/18 | {13} | Wells Fargo Bank | Fee Refund - Account ending in 9324 | 1229-000 | 3.65 | | 38,481.10 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.65 | 38,429.45 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.27 | 38,374.18 |

Page Subtotals: $39,464.49      $1,090.31

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

## Form 2

**Exhibit 9**

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-57405-BEM | |
| **Case Name:** | EROSOL, LLC | |
| **Taxpayer ID #:** | **-***9455 | |
| **For Period Ending:** | 07/07/2020 | |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******9400 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.35 | 38,320.83 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.63 | 38,260.20 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.19 | 38,207.01 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.61 | 38,148.40 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.69 | 38,091.71 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.22 | 38,062.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.41 | 38,028.08 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 38,028.08 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | **39,464.49** | **39,464.49** | **$0.00** |
| Less: Bank Transfers/CDs | | 0.00 | 38,028.08 | |
| **Subtotal** | | **39,464.49** | **1,436.41** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$39,464.49** | **$1,436.41** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 16-57405-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | EROSOL, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9455 | **Account #:** | ******0078 Demand Deposit Account |
| **For Period Ending:** | 07/07/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 38,028.08 | | 38,028.08 |
| 05/08/20 | 1000 | Swift Financial LLC | Final Distribution. Paid per TFR (Dkt No. 117) and NFR (Dkt No. 118) | 4210-000 | | 3,622.99 | 34,405.09 |
| 05/08/20 | 1001 | S. Gregory Hays | Trustee compensation & expenses paid per Order, Dkt#120. | | | 4,476.77 | 29,928.32 |
| | | S. Gregory Hays | Trustee compensation paid per Order, Dkt#120. $4,300.91 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt#120. $175.86 | 2200-000 | | | |
| 05/08/20 | 1002 | Hays Financial Consulting, LLC | Accountant fees & expenses paid per Order, Dkt#120. | | | 9,439.74 | 20,488.58 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt#120. $9,051.32 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt#120. $388.42 | 3320-000 | | | |
| 05/08/20 | 1003 | Arnall Golden Gregory LLP | Attorney fees & expenses paid per Order, Dkt#120. | | | 18,848.58 | 1,640.00 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt#120. $18,677.75 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt#120. $170.83 | 3220-000 | | | |
| 05/08/20 | 1004 | Clerk, United States Bankruptcy Court | Final Distribution. Paid per TFR (Dkt No. 117) and NFR (Dkt No. 118). See also order, Dkt # 113. | 2700-000 | | 15.00 | 1,625.00 |
| 05/08/20 | 1005 | United States Trustee | Final Distribution. Paid per TFR (Dkt No. 117) and NFR (Dkt No. 118) | 2950-000 | | 1,625.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | | 38,028.08 | 38,028.08 | $0.00 |
| Less: Bank Transfers/CDs | | | 38,028.08 | 0.00 | |
| **Subtotal** | | | 0.00 | 38,028.08 | |
| Less: Payments to Debtors | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | $0.00 | $38,028.08 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-57405-BEM | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | EROSOL, LLC | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***9455 | **Account #:** | ******0078 Demand Deposit Account | |
| **For Period Ending:** | 07/07/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---|
| Net Receipts: | $39,464.49 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $39,464.49 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9400 Checking | $39,464.49 | $1,436.41 | $0.00 |
| ******0078 Demand Deposit Account | $0.00 | $38,028.08 | $0.00 |
| | **$39,464.49** | **$39,464.49** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**